HOLLY GAUDREAU (State Bar No. 209114)
KILPATRICK TOWNSEND & STOCKTON LLP
Eighth Floor, Two Embarcadero Center
San Francisco, CA 94111
Telephone: (415) 273-4324
Fax: (415) 354-3443
E-mail: hgaudreau@kilpatricktownsend.com

MICHAEL A. KAEDING (*pro hac vice* pending)
KILPATRICK TOWNSEND & STOCKTON LLP
4208 Six Forks Road, Suite 1400
Raleigh, NC 27609
Telephone: (919) 420-1813
Fax: (919) 420-1800
E-mail: mkaeding@kilpatricktownsend.com

ROBERT S. BUCKLEY (*pro hac vice* pending)
KILPATRICK TOWNSEND & STOCKTON LLP
1100 Peachtree Street, Suite 2800
Atlanta, GA 30309
Telephone: (404) 541-6833
Fax: (404) 541-3199
E-mail: rbuckley@kilpatricktownsend.com

Counsel for Defendant Georgia Tech Research Corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTRIC TECHNOLOGIES, LLC, a California limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>GEORGIA TECH RESEARCH CORPORATION, a Georgia nonprofit corporation,<br><br>Defendant. | Case No. 5:12-cv-06427-PSG<br><br>[PROPOSED] ORDER GRANTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL FOR DEFENDANT GEORGIA TECH RESEARCH CORPORATION |

1    The Court does hereby order that Kevin B. Getzendanner and Anuj Desai of Arnall
2    Golden Gregory LLP and Grace Y. Park and Caroline McIntyre of Bergeson, LLP are
3    granted leave to withdraw from this case and Holly Gaudreau, Michael A. Kaeding, and
4    Robert E. Buckley of Kilpatrick Townsend & Stockton, LLP are substituted as counsel for
5    Defendant Georgia Tech Research Corporation.
6    IT IS SO ORDERED.
7    DATED: September 4, 2013

_____
The Honorable Paul Singh Grewal
United States Magistrate Judge