UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CENTRIC TECHNOLOGIES, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>GEORGIA TECH RESEARCH CORPORATION,<br><br>　　　　　Defendant. | Case No.: 5:12-cv-06427-PSG<br><br>**CASE MANAGEMENT ORDER**<br><br>**(Re: Docket No. 87)** |

The court has been informed by the ADR unit that additional settlement discussions will be aided by limited discovery in this case. The parties shall schedule a settlement conference with Magistrate Judge Lloyd by contacting Patricia Cromwell at (408) 535-5365. The settlement conference shall be scheduled within two weeks of October 2, 2015, subject to Judge Lloyd's availability.

**IT IS SO ORDERED.**

Dated: May 30, 2014

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　PAUL S. GREWAL
　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1

Case No.: 5:12-cv-06427-PSG
CASE MANAGEMENT ORDER